UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALEXANDRIA and PATRICIA DOLL,

        Plaintiffs,

v.                                                      Case No. 03-C-603

NEW HOLSTEIN SCHOOL DISTRICT,
JENNIFER RYAN, and DEBRA HAGEMAN,

        Defendants.

**ORDER**

Upon the Joint Motion of the Parties for Appointment of Guardian ad Litem and Approval of Settlement and the Consent of Attorney Richard F. Rice to serve as guardian ad litem for the minor plaintiff herein, Alexandria Doll, and the recommendation of Attorney Rice that the Court approve the Settlement attached to such Joint Motion, it is hereby ordered that:

1) Attorney Richard F. Rice is hereby appointed to serve as guardian ad litem for the minor plaintiff herein, Alexandria Doll;

2) The Settlement Agreement and Release, which is attached to the Joint Motion of the parties and recommended for approval by Attorney Rice, is hereby approved pursuant to Section 807.10 Wis. Stats. (2005-2006).

3) Attorney Richard Rice will have full authority to sign the Settlement and Release Agreement on behalf of Plaintiff, Alexandria Doll, and shall do so in due course.

4) The settlement funds shall be disbursed as described in Paragraph 2 of the Settlement

Agreement and Release, with the proviso that the funds payable to Alexandria Doll in the amount of Four Thousand Four Hundred Eighty-four and 82/100 ($4,484.82) Dollars be deposited by her guardian ad litem and attorney into a restricted, interest-bearing account in Alexandria Doll's name in a federally insured bank, such funds not to be released except to Alexandria Doll on or after her eighteenth birthday, unless an earlier release, in whole or in part, is ordered by the Court.

5) If the settlement proceeds have not been paid over as of the entry of this order, the same shall be done forthwith.

6) This action is dismissed with prejudice and without costs to any party.

**SO ORDERED** this 15th day of August, 2007.

    /s William C. Griesbach
William C. Griesbach
United States District Judge